FILED
 2006 Sep-12 PM 02:40
U.S. DISTRICT COURT
   N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **TERRY LYNN CLEM,**           ) | |
| )  | |
| **Plaintiff,**           ) | |
| )  | |
| vs.           ) | Case No. 1:05-CV-417-VEH-TMP |
| )  | |
| **WARDEN GLEN NEWTON,** *et al.***,** ) | |
| )  | |
| **Defendants.**           ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 15, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on August 23, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

**DONE** this the 12th day of September, 2006.

*[signature]*
**VIRGINIA EMERSON HOPKINS**
United States District Judge